# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| J YUNIOR SANCHEZ-PEREZ, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> LUIS VARGAS, ) <br> ) <br> Defendant. ) | Case No. 18-CV-2130 |

## ORDER

A Report and Recommendation (#17) was filed by the Magistrate Judge in the above cause on May 15, 2019. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#17) is accepted by this court.

(2) Plaintiff's case is DISMISSED for failure to serve summons pursuant to Federal Rule of Civil Procedure 4(m) and for failure to comply with the court's Order to Show Cause (#16) pursuant to Federal Rule of Civil Procedure 41(b).

(3) This case is terminated.

ENTERED this 13th day of June 2019.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE